IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:20-CR-115 |
| v. | GOVERNMENT'S MOTION TO EXCLUDE TIME |
| JESSY EARL FOLEY, | |
| Defendant. | |

The government moves to exclude time from July 20, 2020 to and including August 10, 2020, under 18 U.S.C. § 3161(h)(7)(A).

1. Trial is scheduled for September 28, 2020. This is the first trial date the Court has set.

2. On March 16, April 8, 2020, and June 29, 2020, Chief Judge Jarvey issued administrative orders suspending all jury trials until May 4, 2020, then again until July 6, 2020, and then again until August 10, 2020 to protect public health. These orders related to the global pandemic caused by COVID-19. The orders followed proclamations from the Governor of Iowa and guidance from the Centers for Disease Control instructing that Iowans should engage in social distancing to prevent rapid spread of the infection. This included guidance to avoid gatherings of the type necessary for jury selection and deliberation, including gatherings of more than ten people. Multiple federal courts across the region and the nation have issued similar orders suspending all jury trials. The Iowa Supreme Court has continued all jury trials until September 2020.

3. As of July 20, 2020, media in Iowa relying on information from the Iowa Department of Public Health reported over 39,000 cases of COVID-19 in Iowa and 797 deaths related to the disease.

4. Under the speedy trial act, any period of delay of trial based on an "ends of justice" finding shall be excluded from computing the time within which trial must begin. 18 U.S.C. § 3161(h)(7)(A).

5. By order of the district court, no trial may be held in this matter before August 10, 2020. And, as found in Chief Judge Jarvey's March 16, April 8, and June 29 orders, the multiple concerns raised by COVID-19 are such that the ends of justice served by a delay of all trials until August 10, 2020 outweigh the best interests of the defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

For these reasons, the government moves to continue the trial and exclude time from July 20, 2020, to and including August 10, 2020, under 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

Marc Krickbaum
United States Attorney

By: */s/ MacKenzie Benson Tubbs*
MacKenzie Benson Tubbs
Assistant United States Attorney
U.S. Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: mackenzie.benson.tubbs@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on July 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:
___U.S. Mail ___Fax ___Hand Delivery
_X_ECF/Electronic filing ___Other means
ASSISTANT UNITED STATES ATTORNEY
By: */s/ MacKenzie Benson Tubbs*